358

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiff was sustained.

No. 64829.—Iceland Products, Inc. v. United States, protests 59/27816, 59/27817, and 59/28595 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiff was sustained.

No. 64830.—Eastern Commission Co., Inc. v. United States, protests 60/1429, 60/2960, and 60/5389 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiff was sustained.

No. 64831.—Curt L. Sterner Co., Inc., and Karl Schroff & Associates, Inc. v. United States, protests 59/28103 and 58/24161 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of candlesticks similar in all material respects to those the subject of *Mottahedeh Creations, Ltd., et al.* v. *United States* (43 Cust. Ct. 9, C.D. 2095), the claim of the plaintiffs was sustained.

No. 64832.—Walter Hatches, Inc., and W. J. Byrnes & Co. of N.Y., Inc. v. United States, protests 59/32207 and 59/32432 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of candlesticks similar in all material respects to those the subject of *Mottahedeh Creations, Ltd., et al.* v. *United States* (43 Cust. Ct. 9, C.D. 2095), the claim of the plaintiffs was sustained.

No. 64833.—Kurt S. Adler, Inc. v. United States, protest 59/21090 (New York).

Opinion by WILSON, J. The protest was dismissed.

No. 64834.—Richard M. Ott & Sons, Inc. v. United States, protest 59/27154 (Boston).

Opinion by WILSON, J. The protest was dismissed.

No. 64835.—Norwegian Frozen Fish, Ltd. v. United States, protest 59/27501 (New York).

Opinion by WILSON, J. The protest was dismissed.

No. 64836.—Industrial Drug Supplies, Inc. v. United States, protest 59/28068 (New York).

Opinion by WILSON, J. The protest was dismissed.

No. 64837.—Air Clearance Association, Inc. v. United States, protest 59/33730 (New York).

Opinion by WILSON, J. The protest was dismissed.

BEFORE THE FIRST DIVISION, NOVEMBER 9, 1960

No. 64838.—M. Adler's Sons, Inc., and Harper, Robinson & Co. et al. v. United States, protests 59/13236, etc. (San Francisco).